# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Juan Martinez-Perez<br>DOB: 1988; Mex. Citizen<br>MORE DEFENDANTS LISTED ON REVERSE | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>13 - 0 2 1 1 6 M - |

Complaint for violation of Title 21   United States Code §§ 846 and 844(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>

On or about February 14, 2013, at or near Pia Oik, on the Tohono O'odham Indian Nation, in the District of Arizona, Juan Martinez-Perez, Javier Santiago-Cristobal, Misael Aaron Rosas-Nunez, Jorge Valenzuela-Alvarez, Abimael Cesar Gomez-Lopez and Jose Israel Acosta-Garcia, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to possess with intent to distribute 100 kilograms or more but less than 1,000 kilograms of marijuana, that is, approximately 127.7 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii). All in violation of Title 21, United States Code, Section 846.

<u>Count 2</u>

On or about February 14, 2013, at or near Pia Oik, on the Tohono O'odham Indian Nation, in the District of Arizona, Juan Martinez-Perez, Javier Santiago-Cristobal, Misael Aaron Rosas-Nunez, Jorge Valenzuela-Alvarez, Abimael Cesar Gomez-Lopez and Jose Israel Acosta-Garcia did each knowingly and intentionally possess approximately 21.28 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Section 844(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 14, 2013, a Border Patrol Agent using an Agent Portable Surveillance System (APSS) spotted a group of seven subjects walking through the desert near Pia Oik, Arizona. The APSS operator observed that the subjects appeared to be carrying large square backpacks similar to those used by smugglers to bring narcotics into the United States. Ground agents and a National Guard Air Unit responded to the area to attempt to apprehend the subjects. When agents arrived at the last known location of the group, they found three subjects, identified as **Jose Israel ACOSTA-Garcia, Abimael Cesar GOMEZ-Lopez, and Javier SANTIAGO-Cristobal**, sitting next to three burlap bundles. Agents apprehended the three subjects and seized the bundles. With the assistance of the air unit, agent located another three subjects in the area, later identified as **Juan MARTINEZ-Perez, Misael Aaron ROSAS-Nunez, and Jorge VALENZUELA-Alvarez** and found three additional bundles in the area. The six bundles had a total weight of 127.7 kilograms and field tested positive for the characteristics of marijuana. While being interviewed, **SANTIAGO-Cristobal, ACOSTA-Garcia, ROSAS-Nunez and GOMEZ-Lopez**, admitted to knowingly smuggling marijuana into the United States in exchange for monetary compensation. **VALENZUELA-Alvarez** admitted to carrying a food bundle for the other members of the group and **MARTINEZ-Perez** had strap marks on his body.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Fellrath/jm<br>AUTHORIZED BY: AUSA  Robert A. Fellrath<br>Sworn to before me and subscribed in my presence. | SIGNATURE OF COMPLAINANT<br>*/signature/*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/signature/* | DATE<br>February 15, 2013 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54

United States of America

    v.

Javier Santiago-Cristobal
DOB: 1991; Mex. Citizen

Misael Aaron Rosas-Nunez
DOB: 1988; Mex. Citizen

Jorge Valenzuela-Alvarez
DOB: 1975; Mex. Citizen

Abimael Cesar Gomez-Lopez
DOB: 1994; Mex. Citizen

Jose Israel Acosta-Garcia
DOB: 1984; Mex. Citizen